UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

A.F.N.,

                        Plaintiff,                      22-CV-08075 (PAE)(SN)

      -against-                                 **ORDER**

UNITED STATES OF AMERICA,

                        Defendant.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On Wednesday, December 14, 2022, the Honorable Paul A. Engelmayer assigned this matter to my docket for settlement. In light of the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. As soon as practicable, the parties are directed to contact Courtroom Deputy Rachel Slusher, at Rachel_Slusher@nysd.uscourts.gov, to schedule a settlement conference for a time when they believe it would be productive. The parties are also encouraged to meet and confer with counsel in the pending state court action to determine whether they wish to participate in settlement discussions as well.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                           United States Magistrate Judge

DATED:     December 15, 2022
               New York, New York