# MICHELSTEIN & ASHMAN, PLLC

Attorneys At Law
485 Madison Avenue, 16TH Floor
New York, New York 10022

---

Tel No. (212) 588-0880
Fax No. (212) 588-0811

October 19, 2023

**BY ECF**
Honorable Paul A. Engelmayer
United States District Court
40 Foley Square
New York, N.Y. 10007

        Re: A.F.N., by her Parent and Natural Guardian,
           Dinorah Nouel-Peguero v. United States of
           America
           Docket No. 22CV8075(PAE)

Your Honor:

   I am the managing partner of the firm of Michelstein &Ashman, PLLC and represent the plaintiff in the captioned matter. Assistant United States Attorney Alyssa B. O'Gallagher represents the defendant. A case management conference in this case is scheduled for October 27, 2023.

   Please be advised that the parties in this action have reached a proposed settlement, subject to approval and issuance of an infant's compromise order by this Court. The plaintiff will be submitting an application for an infant's compromise shortly. Consequently, I respectfully request that the case management conference scheduled for October 27, 2023 be postponed pending the infant's compromise application.

   Ms. O'Gallagher joins in this application.

                Respectfully submtted,

                S/

                Richard A. Ashman

RAA:b
cc: Alyssa B. O'Gallagher, Esq. (by ECF)

The case management conference scheduled for October 27, 2023 is adjourned sine die. By November 3, 2023, the parties are directed to file either the above-referenced application for an infant's compromise or a joint status update apprising the Court of progress made toward the same.

SO ORDERED.

*Paul A. Engelmayer*

PAUL A. ENGELMAYER
United States District Judge

Dated: October 20, 2023